859 F.2d 808
 10 Employee Benefits Ca 1304
 OPERATING ENGINEERS PENSION TRUST, et al., Plaintiffs-Appellants,
v.
Thomas G. DANIEL, an individual, doing business as
Consolidated Concrete Pumping, Defendant-Appellee.
 No. 87-6057.
 United States Court of Appeals,
Ninth Circuit.
 Oct. 21, 1988.
 
 Before BRUNETTI, KOZINSKI and THOMPSON, Circuit Judges.
 
 ORDER
 
 1
 The petition for rehearing is granted. The previous opinion, filed July 1, 1988, is withdrawn, and a memorandum disposition is filed in its stead. The suggestion for rehearing en banc is dismissed as moot.